1  J. David Bournazian, SBN 186194
   david.bournazian@troutmansanders.com
2  Michael E. McCarthy, SBN 301010
   michael.mccarthy@troutmansanders.com
3  **TROUTMAN SANDERS LLP**
   5 Park Plaza, Suite 1400
4  Irvine, CA 92614-2545
   Telephone: 949.622.2700
5  Facsimile: 949.622.2739

6  Attorneys for Defendants
   WAL-MART REALTY COMPANY and WAL-
7  MART STORES, INC.

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                    EASTERN DIVISION

| | |
|---|---|
| 12 ROBERT ELGUEZABAL, | Case No. 5:16-cv-01920-JGB-DTB |
| 13             Plaintiff, | Honorable Jesus G. Bernal |
| 14      v. | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO JOINT STIPULATION** |
| 15 WAL-MART REALTY COMPANY, an Arkansas Corporation; WAL-MART STORES, INC., a Delaware Corporation; and Does 1-10, | |
| 18             Defendants. | |

33109077

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO JOINT STIPULATION

# ORDER

Upon consideration of the Joint Stipulation for Dismissal *with prejudice* filed by Plaintiff Robert Elguezabal and Defendants Wal-Mart Realty Company and Wal-Mart Stores, Inc., and understanding that all parties desire an Order of Dismissal from the Court notwithstanding Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that:

1. This action is dismissed in its entirety *with prejudice*;
2. All parties shall bear his/her/its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: November 7, 2017

Honorable Jesus G. Bernal
Judge of the United States District Court for the Central District of California

33109077

- 1 -

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO JOINT STIPULATION